UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Camden Division

|  |  |  |
|---|---|---|
| SUBARU OF AMERICA, INC, and GREAT AMERICAN INSURANCE COMPANY, | ) ) ) ) ) |  |
| *Plaintiffs*, | ) ) ) |  |
| v. | ) ) | **Case No.:** <u>1:20-cv-08603</u> |
| CB RICHARD ELLIS, INC., | ) ) ) |  |
| *Defendant*. | ) ) |  |

Plaintiffs make the following disclosure pursuant to Federal Rule of Civil Procedure 7.1. Plaintiff, Subaru of America, Inc., is a publicly held company. Plaintiff, Great American Insurance Company, is a subsidiary of American Financial Group, which is a publicly held company.

Respectfully submitted,

/s/ Anita J. Murray, Esquire
Eckert Seamans Cherin & Mellott, LLC
Anita J. Murray, Esquire
Attorney ID. No. 017131999
Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8395 phone / (215) 851-8383 fax
amurray@eckertseamans.com