Andrew A. Weissmann (admitted *pro hac vice*)
Andrew J. Lichtman
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1600 phone
(212) 891-1699 fax
aweissmann@jenner.com
alichtman@jenner.com

Daniel J. Weiss (admitted *pro hac vice*)
Keri L. Holleb Hotaling (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350 phone
(312) 527-0484 fax
dweiss@jenner.com
khotaling@jenner.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| SUBARU OF AMERICA, INC. and GREAT AMERICAN INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CBRE, INC., <br><br> Defendant. | Case No. 1:20-cv-08603-NLH-AMD <br><br> **DEFENDANT'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c)** <br><br> Motion Day: January 18, 2021 |

**PLEASE TAKE NOTICE** that on January 18, 2021, the undersigned attorneys for Defendant shall move before the United States District Court for the District of New Jersey, the Honorable Noel L. Hillman, U.S.D.J., for the entry of an Order, pursuant to F.R.C.P. 12(c),

dismissing Counts III, IV, and V of Plaintiffs' Amended Complaint with prejudice, and holding that Plaintiffs' remaining counts are subject to a limitation of liability provision pursuant to the parties' contractual agreement.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant shall reply on the Brief in Support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  11/30/20                                                                  CBRE, INC.

                                                                                          By:  /s/ Andrew J. Lichtman
                                                                                          One of Its Attorneys

Andrew A. Weissmann (admitted *pro hac vice*)
Andrew J. Lichtman
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1600 phone
(212) 891-1699 fax
aweissmann@jenner.com
alichtman@jenner.com


Daniel J. Weiss (admitted *pro hac vice*)
Keri L. Holleb Hotaling (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois  60654
(312) 222-9350 phone
(312) 527-0484 fax
dweiss@jenner.com
khotaling@jenner.com

## Certificate of Service

     I, Andrew J. Lichtman, hereby state that I caused the foregoing document to be filed on the Court's ECF system on November 30, 2020, which caused a copy to be served upon all counsel that have appeared in this matter.

Dated:  11/30/20                                            By:  /s/ Andrew J. Lichtman