919 THIRD AVENUE NEW YORK, NY 10022

**JENNER&BLOCK** LLP

February 12, 2021

Andrew Lichtman
Tel +1 212 891 1644
alichtman@jenner.com

**VIA ECF**

Clerk of the Court
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: *Subaru of America, Inc., et al. v. CBRE, Inc.*, Case No. 1:20-cv-08603-NLH-AMD

Dear Sir/Madam:

We represent Defendant CBRE, Inc. ("Defendant") in the above-captioned matter. On January 29, 2021, Plaintiffs Subaru of America, Inc. and Great American Insurance Company ("Plaintiffs") filed a Motion for Leave to Amend the Complaint (the "Motion") [Dkt. 35], which is returnable before the Court for hearing on March 1, 2021.

Please accept this letter as formal notice pursuant to Local Rule 7.1(d)(5), that Defendant hereby invokes the 14 day automatic extension under that rule, which shall serve to modify the return date of Plaintiffs' Motion to **March 15, 2021**. The original noticed motion day has not been previously extended or adjourned.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

CBRE, INC.

By: */s/ Andrew J. Lichtman*
    One of Its Attorneys

February 12, 2021
Page 2

| | |
|---|---|
| Andrew A. Weissmann (admitted *pro hac vice*) | Daniel J. Weiss (admitted *pro hac vice*) |
| Andrew J. Lichtman | Keri L. Holleb Hotaling (admitted *pro hac vice*) |
| JENNER & BLOCK LLP | JENNER & BLOCK LLP |
| 919 Third Avenue | 353 North Clark Street |
| New York, New York 10022 | Chicago, Illinois  60654 |
| Tel:  (212) 891-1600 | Tel:  (312) 222-9350 |
| Fax:  (212) 891-1699 | Fax:  (312) 527-0484 |
| aweissmann@jenner.com | dweiss@jenner.com |
| alichtman@jenner.com | khotaling@jenner.com |
| | |
| | *Counsel for Defendant* |

cc:  All Counsel of Record (*via* ECF and e-mail)